Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA WANG, a United States citizen residing in Taiwan,<br><br>Plaintiff,<br><br>v.<br><br>PRODUCTWORKS, LLC,<br><br>Defendant. | Civil Action No. 2:10-cv-00394-RAJ<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S ANSWER TO COUNTERCLAIMS** |

Plaintiff/Counterclaim Defendant Jessica Wang ("Ms. Wang" or "Plaintiff"), by and through her attorneys, hereby answers the Counterclaims filed by Defendant/Counterclaimant ProductWorks, LLC ("ProductWorks" or "Defendant"), as follows:

1. Ms. Wang admits the allegations of Paragraph 1 of the Counterclaims.

2. Ms. Wang admits the allegations of Paragraph 2 of the Counterclaims.

3. Ms. Wang admits the allegations of Paragraph 3 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

4. Ms. Wang denies the allegations of Paragraph 4 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

5. Ms. Wang denies the allegations of Paragraph 5 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

6. Ms. Wang admits the allegations of Paragraph 6 of the Counterclaims.

7. Ms. Wang admits that she has alleged that ProductWorks directly and/or indirectly has infringed and continues to infringe one or more claims of the ’312 patent and ’091 patent and further admits that ProductWorks has denied that it directly or indirectly infringes either the ’312 or the ’091 patent. Ms. Wang is without sufficient information to enable her to form a belief as to the truth of ProductWorks’ allegations regarding its belief that such patents are invalid and/or unenforceable, and on that basis denies the allegations. Ms. Wang denies the remaining allegations of Paragraph 7 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

8. Ms. Wang denies the allegations of Paragraph 8 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

9. Ms. Wang incorporates herein by reference her responses to Paragraphs 1 through 9 of the Counterclaims.

10. Ms. Wang admits the allegations of Paragraph 10 of the Counterclaims.

11. Ms. Wang denies the allegations of Paragraph 11 of the Counterclaims.

12. Ms. Wang admits that she filed a Complaint against ProductWorks alleging infringement of the ’312 patent and denies the remaining allegations of Paragraph 12 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

13. Ms. Wang admits that she filed the Complaint and denies the remaining allegations of Paragraph 13 of the Counterclaims.



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

14. Ms. Wang denies the allegations of Paragraph 14 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

15. Ms. Wang incorporates herein by reference her responses to Paragraphs 1 through 14 of the Counterclaims.

16. Ms. Wang is without sufficient information to enable her to form a belief as to the truth of ProductWorks' allegations as to its belief that the '312 patent is invalid, and on that basis denies the allegations. Ms. Wang denies the remaining allegations of Paragraph 16 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

17. Ms. Wang admits that she filed a Complaint against ProductWorks alleging infringement of the '312 patent and denies the remaining allegations of Paragraph 17 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

18. Ms. Wang admits that she filed the Complaint and denies the remaining allegations of Paragraph 18 of the Counterclaims.

19. Ms. Wang denies the allegations of Paragraph 19 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

20. Ms. Wang incorporates herein by reference her responses to Paragraphs 1 through 19 of the Counterclaims.

21. Ms. Wang admits the allegations of Paragraph 21 of the Counterclaims.

22. Ms. Wang denies the allegations of Paragraph 22 of the Counterclaims.

23. Ms. Wang admits that she filed a Complaint against ProductWorks alleging infringement of the '091 patent and denies the remaining allegations of Paragraph 23 of the



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

24. Ms. Wang admits that she filed the Complaint and denies the remaining allegations of Paragraph 24 of the Counterclaims.

25. Ms. Wang denies the allegations of Paragraph 25 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

26. Ms. Wang incorporates herein by reference her responses to Paragraphs 1 through 25 of the Counterclaims.

27. Ms. Wang is without sufficient information to enable her to form a belief as to the truth of ProductWorks' allegations regarding its belief that the '091 patent is invalid, and on that basis denies the allegations. Ms. Wang denies the remaining allegations of Paragraph 27 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

28. Ms. Wang admits that she filed a Complaint against ProductWorks alleging infringement of the '091 patent and denies the remaining allegations of Paragraph 28 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

29. Ms. Wang admits that she filed the Complaint and denies the remaining allegations of Paragraph 29 of the Counterclaims.

30. Ms. Wang denies the allegations of Paragraph 30 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

## AFFIRMATIVE DEFENSES

1. The Counterclaims fail to state a claim upon which relief can be granted.



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

2. ProductWorks infringes directly and/or indirectly U.S. Patent No. 7,303,312 literally and/or under the doctrine of equivalents.

3. U.S. Patent No. 7,303,312 is presumed and is valid and enforceable.

4. ProductWork infringes directly and/or indirectly U.S. Patent No. 7,585,091 literally and/or under the doctrine of equivalents.

5. U.S. Patent No. 7,585,091 is presumed and is valid and enforceable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff/Counterclaim Defendant Jessica Wang prays for judgment that:

1. ProductWorks take nothing by its Counterclaims;

2. Judgment on the Counterclaims be entered in favor of Ms. Wang;

3. Ms. Wang be awarded her reasonable attorneys' fees as provided for by law;

4. Ms. Wang be awarded her costs of suit incurred in defending against ProductWorks' Counterclaims; and

5. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

SEED IP Law Group PLLC

September 27, 2010
Date

/s/ Nathaniel E. Durrance

Kevin S. Costanza, WSBA No. 25,153
Nathaniel E. Durrance, WSBA No. 41,627
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
Telephone: (206) 622-4900

Attorneys for Plaintiff/Counterclaim Defendant
JESSICA WANG

1708727_1.DOC

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, a copy of the foregoing **PLAINTIFF/COUNTERCLAIM DEFENDANT'S ANSWER TO COUNTERCLAIMS** was served on Defendant's counsel by electronic filing upon the following attorneys registered to receive service by email through the Western District of Washington Electronic Case Filing System:

Paul H. Beattie, Esq.
pbeattie@merchantgould.com

Regina V. Culbert, Esq.
rculbert@merchantgould.com

Mitchell J. Weinstein, Esq.
mweinstein@lplegal.com

Marc E. Fineman, Esq.
mfineman@lplegal.com

Gary I. Blackman, Esq.
gblackman@lplegal.com

/s/ Nathaniel E. Durrance
Nathaniel Durrance



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900