Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA WANG, a United States citizen residing in Taiwan; and T & Y ELECTRIC (SHEN ZHEN) CO., LTD., a corporation organized and existing under the laws of Taiwan,<br><br>Plaintiff,<br><br>v.<br><br>PRODUCTWORKS, LLC,<br><br>Defendant. | Civil Action No. 2:10-cv-00394-RAJ<br><br>ANSWER OF JESSICA WANG AND T & Y ELECTRIC (SHEN ZHEN) CO., LTD. TO COUNTERCLAIMS |

Plaintiffs/Counterclaim Defendants Jessica Wang ("Ms. Wang") and T & Y Electric (Shen Zhen) Co., Ltd. ("T & Y"), by and through their attorneys, hereby answer the Counterclaims filed by Defendant/Counterclaimant ProductWorks, LLC ("ProductWorks"), as follows:

1. Plaintiffs/Counterclaim Defendants admit the allegations of Paragraph 1 of the Counterclaims.

2. Plaintiffs/Counterclaim Defendants admit the allegations of Paragraph 2 of the Counterclaims.



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

3. Plaintiffs/Counterclaim Defendants admit the allegations of Paragraph 3 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

4. Plaintiffs/Counterclaim Defendants deny the allegations of Paragraph 4 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

5. Plaintiffs/Counterclaim Defendants admit the allegations of Paragraph 5 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

6. Plaintiffs/Counterclaim Defendants admit the allegations of Paragraph 6 of the Counterclaims.

7. Plaintiffs/Counterclaim Defendants admit that they have alleged that ProductWorks directly and/or indirectly has infringed and continues to infringe one or more claims of the ’312 patent and ’091 patent and further admit that ProductWorks has denied that it directly or indirectly infringes either the ’312 or the ’091 patent. Plaintiffs/Counterclaim Defendants are without sufficient information to enable her to form a belief as to the truth of ProductWorks’ allegations regarding its belief that such patents are invalid and/or unenforceable, and on that basis denies the allegations. Plaintiffs/Counterclaim Defendants deny the remaining allegations of Paragraph 7 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

8. Plaintiffs/Counterclaim Defendants deny the allegations of Paragraph 8 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

9. Plaintiffs/Counterclaim Defendants incorporate herein by reference their responses to Paragraphs 1 through 8 of the Counterclaims.



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

10. Plaintiffs/Counterclaim Defendants admit the allegations of Paragraph 10 of the Counterclaims.

11. Plaintiffs/Counterclaim Defendants deny the allegations of Paragraph 11 of the Counterclaims.

12. Plaintiffs/Counterclaim Defendants admit that they filed their First Amended Complaint against ProductWorks alleging infringement of the ’312 patent and denies the remaining allegations of Paragraph 12 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

13. Plaintiffs/Counterclaim Defendants admit that they filed the First Amended Complaint and deny the remaining allegations of Paragraph 13 of the Counterclaims.

14. Plaintiffs/Counterclaim Defendants deny the allegations of Paragraph 14 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

15. Plaintiffs/Counterclaim Defendants incorporate herein by reference their responses to Paragraphs 1 through 14 of the Counterclaims.

16. Plaintiffs/Counterclaim Defendants are without sufficient information to enable them to form a belief as to the truth of ProductWorks’ allegations as to its belief that the ’312 patent is invalid, and on that basis deny the allegations. Plaintiffs/Counterclaim Defendants deny the remaining allegations of Paragraph 16 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

17. Plaintiffs/Counterclaim Defendants admit that they filed the First Amended Complaint against ProductWorks alleging infringement of the ’312 patent and deny the remaining allegations of Paragraph 17 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

18. Plaintiffs/Counterclaim Defendants admit that they filed the First Amended Complaint and deny the remaining allegations of Paragraph 18 of the Counterclaims.



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

19. Plaintiffs/Counterclaim Defendants deny the allegations of Paragraph 19 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

20. Plaintiffs/Counterclaim Defendants incorporate herein by reference their responses to Paragraphs 1 through 19 of the Counterclaims.

21. Plaintiffs/Counterclaim Defendants admit the allegations of Paragraph 21 of the Counterclaims.

22. Plaintiffs/Counterclaim Defendants deny the allegations of Paragraph 22 of the Counterclaims.

23. Plaintiffs/Counterclaim Defendants admit that they filed the First Amended Complaint against ProductWorks alleging infringement of the ’091 patent and deny the remaining allegations of Paragraph 23 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

24. Plaintiffs/Counterclaim Defendants admit that they filed the First Amended Complaint and deny the remaining allegations of Paragraph 24 of the Counterclaims.

25. Plaintiffs/Counterclaim Defendants deny the allegations of Paragraph 25 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

26. Plaintiffs/Counterclaim Defendants incorporate herein by reference their responses to Paragraphs 1 through 25 of the Counterclaims.

27. Plaintiffs/Counterclaim Defendants are without sufficient information to enable them to form a belief as to the truth of ProductWorks’ allegations regarding its belief that the ’091 patent is invalid, and on that basis deny the allegations. Plaintiffs/Counterclaim Defendants deny the remaining allegations of Paragraph 27 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

28. Plaintiffs/Counterclaim Defendants admit that they filed the First Amended Complaint against ProductWorks alleging infringement of the ’091 patent and deny the remaining allegations of Paragraph 28 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

29. Plaintiffs/Counterclaim Defendants admit that they filed the First Amended Complaint and deny the remaining allegations of Paragraph 29 of the Counterclaims.

30. Plaintiffs/Counterclaim Defendants deny the allegations of Paragraph 30 of the Counterclaims except those allegations that consist of legal contentions or legal argument to which no answer is required.

## AFFIRMATIVE DEFENSES

1. The Counterclaims fail to state a claim upon which relief can be granted.

2. ProductWorks infringes directly and/or indirectly U.S. Patent No. 7,303,312 literally and/or under the doctrine of equivalents.

3. U.S. Patent No. 7,303,312 is presumed and is valid and enforceable.

4. ProductWorks infringes directly and/or indirectly U.S. Patent No. 7,585,091 literally and/or under the doctrine of equivalents.

5. U.S. Patent No. 7,585,091 is presumed and is valid and enforceable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs/Counterclaim Defendants Jessica Wang and T & Y Electric (Shen Zhen) Co., Ltd. pray for judgment that:

1. ProductWorks take nothing by its Counterclaims;

2. Judgment on the Counterclaims be entered in favor of Plaintiffs/Counterclaim Defendants;



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

3. Plaintiffs/Counterclaim Defendants be awarded their reasonable attorneys' fees as provided for by law;

4. Plaintiffs/Counterclaim Defendants be awarded their costs of suit incurred in defending against ProductWorks' Counterclaims; and

5. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

SEED IP Law Group PLLC

March 28, 2011
Date

/s/ Nathaniel E. Durrance

Kevin S. Costanza, WSBA No. 25,153
Nathaniel E. Durrance, WSBA No. 41,627
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
Telephone: (206) 622-4900

Attorneys for Plaintiffs/Counterclaim Defendants
Jessica Wang and T & Y Electric (Shen Zhen) Co., Ltd.

1834993_1.DOCX

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2011, a copy of the foregoing **ANSWER OF JESSICA WANG AND T & Y ELECTRIC (SHEN ZHEN) CO., LTD. TO COUNTERCLAIMS** was served on Defendant's counsel by electronic filing upon the following attorneys registered to receive service by email through the Western District of Washington Electronic Case Filing System:

Paul H. Beattie, Esq.
pbeattie@merchantgould.com

Regina V. Culbert, Esq.
rculbert@merchantgould.com

Mitchell J. Weinstein, Esq.
mweinstein@lplegal.com

Marc E. Fineman, Esq.
mfineman@lplegal.com

Gary I. Blackman, Esq.
gblackman@lplegal.com

/s/ Nathaniel E. Durrance
Nathaniel Durrance



SEED IP LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900